UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | INDICTMENT NO. CR 123-0023 |
|---|---|---|
| v. | ) ) ) | 18 U.S.C. § 922(o)(1) Illegal Possession of a |
| JODARRIUS VAUGHNER | ) | Machinegun |

MOTION TO SEAL INDICTMENT

**COMES NOW**, the United States of America, by and through Jill E. Steinberg, United States Attorney for the Southern District of Georgia, and Henry W. Syms, Jr., Assistant United States Attorney, and petitions the Court to SEAL the indictment and this motion and order in the above-captioned case, based on the following:

1. The Grand Jury for the Southern District of Georgia has issued an indictment as captioned above;

2. Publication of the indictment could compromise the apprehension of the defendant in this case;



WHEREFORE, the premises considered, the Government prays that the Court will ORDER that the indictment, this motion, and any order by the Court be sealed until such time the defendant is in custody, or upon further order of this Court.

This 8th day of March, 2023.

Respectfully submitted,

JILL E. STEINBERG
UNITED STATES ATTORNEY

*/s/ Henry W. Syms, Jr.*

Henry W. Syms, Jr.
Assistant United States Attorney
Georgia Bar No. 695009